I must respectfully dissent. In this case, the trial court stated that the appellant was deemed to have knowingly and voluntarily waived his right to counsel. However, the record does not indicate that the trial court advised the appellant about the dangers and disadvantages of self-representation, as required by Faretta, and did not advise him that he had the right to withdraw any waiver of the right to counsel at any time during the proceedings, as required by Rule 6.1(b), Ala.R.Crim.P. Accordingly, we should remand this case for the trial court to state the basis for its determination that the appellant knowingly and voluntarily waived his right to counsel and to clarify whether it advised the appellant that he had the right to withdraw any waiver of the right to counsel at any time during the proceedings. *Page 836